**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| YAHTHYAH YAHVAH,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE COUNTY OF LOS ANGELES,<br><br>　　　　　Defendants. | Case No. CV 19-5820-MWF (AGR)<br><br>**ORDER RE DISMISSAL** |

On July 15, 2019, the Court DENIED Plaintiff's request to file this action without prepayment of the filing fees. The Court further ordered that "Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed." (Dkt. No. 4)

Plaintiff has failed to pay the filing fees or otherwise respond. Accordingly, the Request to Proceed without Prepayment of Filing Fees is DENIED and the case is dismissed.

IT IS SO ORDERED.

DATED: August 23, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　MICHAEL W. FITZGERALD
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE